A. SASHA FRID (State Bar No. 216800)
sfrid@millerbarondess.com
JEFFERY B. WHITE (State Bar No. 291086)
jwhite@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Plaintiff
ATELIER FASHION COMPANY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| ATELIER FASHION COMPANY, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> AMIRI AND ASSOCIATES, a business entity of form unknown; ALBERT AMIRI, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | **CASE NO. 2:18-cv-02308 PA (GJSx)** <br><br> **ORDER GRANTING STIPULATION TO DISMISS ENTIRE CASE WITH PREJUDICE** <br><br> Assigned for All Purposes to: District Judge Percy Anderson and Magistrate Judge Gail J. Standish <br><br> Action Filed: March 21, 2018 <br> Pretrial Conf.: December 21, 2018 <br> Trial Date: January 15, 2019 |
|---|---|

# ORDER

The Stipulation to Dismiss Entire Case with Prejudice (the "Stipulation") by and between Plaintiff Atelier Fashion Company, Inc. ("Atelier") and Defendants Amiri and Associates ("Amiri") and Alberto Amiri ("Amiri") is GRANTED.

**IT IS HEREBY ORDERED** that the entire case is dismissed with prejudice with each side to bear its own attorney's fees and costs.

DATED: November 8, 2018

_____
Percy Anderson
United States District Judge